HENRY A. OETJEN, RESPONDENT, v. ROBINSON-RODERE
COMPANY, INCORPORATED, APPELLANT.

Argued June 29, 1922—Decided June 30, 1922.

On appeal from the Supreme Court.

For the respondent, *McDermott, Enright & Carpenter*.

For the appellant, *Vanderbilt & Hedden*.

PER CURIAM.

This is an action to recover the amount due on trade ac-
ceptances. There is no dispute as to the validity or amount.
The consideration out of which the debt arose was the pur-
chase price of merchandise delivered to and accepted by de-
fendant. The outstanding amount of trade acceptances is
about half of the total original purchase price. The only
question is whether the plaintiff had agreed to extend time
for payment beyond the due dates of the trade acceptances
on which the present suit is based. There was an agreement
for extension in the form of a letter of which the important
part is as follows: "If for the reason you find it impossible
to meet payment on account of insufficient funds, we will
agree to extend the dates of payment by renewing trade ac-
ceptances." Thereafter all the then outstanding acceptances
were in fact renewed by the acceptances now in suit. We
think this was a performance of the agreement. It is said
that the agreement was an agreement to renew repeatedly,
and, perhaps, continuously, until the defendants were ready
to pay. The answer is that the letter does not say so. It
says "we will agree to extend the time," and that has been
done. If it had not already been done, we should think a
mere promise to agree to extend, or even an agreement to
extend, would be unenforcible because of indefiniteness and
uncertainty. The length of time the renewals should extend

to, and the amount for which there should be renewals, are not stated. As far as the written contract is concerned, it might be claimed that renewals should continue during the existence of the corporation. There is nothing to indicate that there were to be repeated renewals. At best the contract requires but one renewal, and that has been had.

Let the judgment be affirmed, with costs.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, KATZENBACH, WHITE, ACKERSON, VAN BUSKIRK, JJ. 12.

*For reversal*—None.